UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 21-7756-JFW(JPRx)**                                                                  Date: **June 27, 2023**

Title:   Sivakumar Bakthavachalam, et al. *-v-* U.S. Citizenship and Immigration Services, et al.

**PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                                           None

**PROCEEDINGS (In Chambers): ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On September 30, 2021, this action was transferred from the U.S. District Court District of Maryland to this Court. On October 8, 2023 the Court issued its Standing Order [46]. Pursuant to paragraph 11 of the Court's Standing Order, counsel were to file a Joint Report summarizing the status of the action. As of today's date, the parties have not filed anything in this action.

*11.   Actions Transferred From Another District Counsel shall file, within ten days of transfer, a Joint Report summarizing the status of the action which shall include a description of all motions filed in the action and the transferor court's ruling on the motions. In addition, counsel shall deliver (but not file) one courtesy copy to Chambers of each document on the docket of the transferor court. On the first page of each courtesy copy, in the space between lines 1 - 7, to the right of the center, counsel shall include the date the document was filed and the document number. The courtesy copies shall be placed in a slant D-ring binder in chronological order with each document separated by a tab divider on the right side. All documents contained in the binder must be three hole punched with the oversized 13/32" hole size, not the standard 9/32" hole size. The binder shall include a Table of Contents and the spine of each binder shall be labeled with its contents. The courtesy copies shall be delivered to Chambers within ten days of the transfer.*

Plaintiff is ordered to show cause, in writing, no later than **July 7, 2023**, why this action should not be dismissed for lack of prosecution.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr