UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 21-7756-JFW(JPRx)**                              Date: October 25, 2023

Title:   Sivakumar Bakthavachalam, et al. -v- U.S. Citizenship and Immigration Services, et al.

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   DISMISSAL OF ACTION FOR LACK OF PROSECUTION

On June 27, 2023, the Court issued an Order to Show Cause Re: Lack of Prosecution. Plaintiff was warned that failure to respond would result in the dismissal of this action if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than July 7, 2023.

As of the date of this Order, there has been no response to the Court's Order to Show Cause. Accordingly, this action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr